United States District Court
Southern District of Texas

**ENTERED**

January 10, 2023

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENYA WILLIAMSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-1582 |
| | § | |
| ENCOMPASS HEALTH | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

<u>ORDER OF DISMISSAL ON STIPULATION</u>

The Court is in receipt of the joint Stipulation of Dismissal With Prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), filed January 9, 2023, in which the Parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on January _10_, 2023.

Ewing Werlein, Jr.
United States District Judge